**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1211

JONATHAN DAVID LEGGO,

        Plaintiff - Appellant,

    v.

M.C. DEAN, INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-00374-LMB-IDD)

Submitted:  July 20, 2023                          Decided:  July 24, 2023

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jonathan David Leggo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan David Leggo appeals the district court's order granting M.C. Dean, Inc.'s motion to dismiss Leggo's discrimination and retaliation claims, brought pursuant to the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213.  Upon review of the record, we discern no reversible error.  Accordingly, we affirm the district court's order.  *Leggo v. M.C. Dean, Inc.*, No. 1:22-cv-00374-LMB-IDD (E.D. Va. filed Feb. 7, 2023 & entered Feb. 8, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2